1  SEYFARTH SHAW LLP
2  Joshua A. Rodine (SBN 237774)
   jrodine@seyfarth.com
3  2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
4  Telephone: (310) 277-7200
   Facsimile:  (310) 201-5219
5
6  SEYFARTH SHAW LLP
   Steven Wong (SBN 293343)
7  stewong@seyfarth.com
   560 Mission Street, 31st Floor
8  San Francisco, California 94105
   Telephone: (415) 397-2823
9  Facsimile:  (415) 397-8549

10 Attorneys for Defendant
11 LOWE'S HOME CENTERS, LLC

12 *Additional Counsel on Next Page*

13

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

17 | EUGENE JOHNSON, an individual, | Case No. 2:24-cv-01591-TLN-JDP |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO ARBITRATE AND STAY LITIGATION** |
| v. | |
| LOWE'S HOME CENTERS, LLC, a North Carolina corporation, and DOES 1-10, | Action Filed:  April 30, 2024<br>Removed:  June 3, 2024<br>Trial Date:  Not Set Yet |
| Defendants. | |

GOLIATH LAW
Jeffrey Scott Ranen (SBN: 224285)
J.Scott.Ranen@Goliath-Law.com
8605 Santa Monica Blvd., No. 584066
West Hollywood, CA 90069
Telephone: (213) 789-6549

Attorney for Plaintiff
EUGENE JOHNSON

**ORDER**

Based on the Stipulated Request submitted on behalf of Plaintiff Eugene Johnson ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant" or "LHC") (collectively the "Parties") seeking to submit the present matter, Case No. 2:24-cv-01591-TLN-JDP, to binding arbitration and to stay the litigation of this matter, and good cause appearing therefor, the Court GRANTS the Parties' Stipulated Request and orders as follows:

1. Plaintiff's Complaint, and all claims pled therein, shall be submitted to and resolved through binding arbitration with JAMS Mediation, Arbitration, and ADR Services ("JAMS") in accordance with the terms of the Parties' Arbitration Agreement, a copy of which is attached to the Parties' Stipulated Request as Exhibit A.

2. Any issue that arises during the course of arbitration shall be governed by the JAMS Employment Arbitration Rules and Procedures in effect at the time of the Parties' Stipulated Request. Any issue that arises during the course of arbitration not expressly addressed by the JAMS Employment Arbitration Rules and Procedures in effect at the time of the Parties' Stipulated Request shall be addressed under federal law, including but not limited to the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and related federal case law.

3. Litigation of this action is stayed pending completion of the arbitration proceedings.

4. This Court shall retain jurisdiction to enforce the Parties' Stipulated Request and to enter judgment pursuant to the arbitration decision and award, if any.

**IT IS ORDERED.**

Dated: January 10, 2025

_____
Troy L. Nunley
Chief United States District Judge